## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PENNYSAVER USA PUBLISHING, | ) | Case No. 15-11198 (CSS) |
| LLC, *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING
### ON JULY 23, 2015 AT 1:30 P.M. (EASTERN TIME)[3]

> **AT THE COURT'S DIRECTION THE HEARING
> TIME HAS BEEN CHANGED FROM 1:00 P.M. TO 1:30 P.M.**

### CONTINUED MATTERS

1.    Motion of Nippon Paper Industries USA Co., Ltd., for Relief from the Automatic Stay to Allow Setoff [Docket No. 33; filed on June 13, 2015 in Case No. 15-11196 only]

   Response Deadline:  July 13, 2015 at 4:00 p.m. (extended to August 14, 2015)

   Response(s) Received:

   Related Document(s):

   Status: By agreement among the Parties, this matter is continued to the next omnibus hearing scheduled August 21, 2015 at 11:00 a.m.

2.    Motion of U.S. REIF 2830 Orbiter Street California, LLC to Compel Payment of Accrued Post Petition Rent, Pursuant to 11 U.S.C. § 365(d)(3), Or, in the

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: PennySaver USA, LLC (7098); PennySaver USA Printing, LLC (6144); PennySaver USA Publishing, LLC (1162); Orbiter Properties, LLC (0851); Monthly Mailer, LLC (2804). The Debtors' mailing address is 2830 Orbiter Street, Brea, California 92821.

[2] Amended items appear in bold face type.

[3] The hearing will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Any party that wishes to appear telephonically at the July 23, 2015 hearing must contact CourtCall LLC at (866) 582-6878 by no later than July 22, 2015 at 12:00 p.m. (Noon) (Eastern Time) in accordance with the Bankruptcy Court's *Instructions for Telephonic Appearances Effective January 5, 2005.*

{01028388;v1 }

Alternative, for an Order Deeming the Lease Rejected and Modifying the Automatic Stay to Allow Landlord to Pursue Its State Court Remedies [Docket No. 48; filed July 2, 2015]

Response Deadline:  July 16, 2015 at 4:00 p.m. (extended to July 20, 2015 for the Trustee)

Response(s) Received:

Related Document(s):

Status: By agreement among the Parties, this matter is continued to the next omnibus hearing scheduled August 21, 2015 at 11:00 a.m.

## MATTERS WITH CERTIFICATIONS OF COUNSEL

3.      Application of Don A. Beskrone, Chapter 7 Trustee, for Entry an Order, (I) Authorizing Trustee to Retain Hilco Receivables, LLC as Accounts Receivable Collection Agent *Nunc Pro Tunc* to June 15, 2015; and (II) Establishing Parameters for Settlement of Accounts Receivable [Docket No. 42; filed June 24, 2015]

Response Deadline:  July 16, 2015 at 4:00 p.m. (extended to July 20, 2015 for the U.S. Trustee)

Response(s) Received:  Informal Comments from the U.S. Trustee

Related Document(s):

a.  Certification of Counsel Regarding Application of Don A. Beskrone, Chapter 7 Trustee, for Entry an Order, (I) Authorizing Trustee to Retain Hilco Receivables, LLC as Accounts Receivable Collection Agent *Nunc Pro Tunc* to June 15, 2015; and (II) Establishing Parameters for Settlement of Accounts Receivable [Docket No. 64; filed July 20, 2015]

b.  Proposed Order

c.  **Order Authorizing Trustee To Retain Hilco Receivables, LLC As Accounts Receivable Collection Agent Nunc Pro Tunc To June 15, 2015; And (II) Establishing Parameters For Settlement Of Accounts Receivable [Docket No. 75; filed July 21, 2015 ]**

**Status: An Order was entered on July 21, 2015. No hearing is necessary.**

4.      Application for an Order Pursuant to 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Counsel to Don A. Beskrone, Chapter 7 Trustee, *Nunc*

*Pro Tunc* to June 1, 2015 [Docket No. 43; filed June 24, 2015]

Response Deadline:  July 16, 2015 at 4:00 p.m. (extended to July 20, 2015 for the U.S. Trustee)

Response(s) Received:  Informal Comments from the U.S. Trustee

Related Document(s):

a.  Certification of Counsel Regarding Application for an Order Pursuant to 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Counsel to Don A. Beskrone, Chapter 7 Trustee, *Nunc Pro Tunc* to June 1, 2015 [Docket No. 65; filed July 20, 2015]

b.  Proposed Order

c.  **Order Authorizing The Retention And Employment Of Ashby & Geddes, P.A. As Counsel To Don A. Beskrone, Chapter 7 Trustee, Nunc Pro Tunc To June 1, 2015 [Docket No. 74; filed July 21, 2015]**

**Status: An Order was entered on July 21, 2015. No hearing is necessary.**

5.  Application of Don A. Beskrone, Chapter 7 Trustee, for Entry an Order, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Authority to Employ and Retain Bederson & Company, LLP as Accountants, *Nunc Pro Tunc* to May 29, 2015 [Docket No. 44; filed June 24, 2015]

Response Deadline:  July 16, 2015 at 4:00 p.m. (extended to July 20, 2015 for the U.S. Trustee)

Response(s) Received:  Informal Comments from the U.S. Trustee

Related Document(s):

a.  Certification of Counsel Regarding Application of Don A. Beskrone, Chapter 7 Trustee, for Entry an Order, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, for Authority to Employ and Retain Bederson & Company, LLP as Accountants, *Nunc Pro Tunc* to May 29, 2015 [Docket No. 66; filed July 20, 2015]

b.  Proposed Order

c.  **Order Authorizing Don A. Beskrone Chapter 7 Trustee, To Employ And Retain Bederson & Company, LLP As Accountants, Nunc Pro Tunc To**

**May 29, 2015 [Docket No. 73; filed July 21, 2015]**

**Status:** **An Order was entered on July 21, 2015. No hearing is necessary.**

6.      Application of Don A. Beskrone, Chapter 7 Trustee for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Employment and Retention of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee *Nunc Pro Tunc* to June 4, 2015 [Docket No. 45; filed June 24, 2015]

Response Deadline:  July 16, 2015 at 4:00 p.m. (extended to July 20, 2015 for the U.S. Trustee)

Response(s) Received:  Informal Comments from the U.S. Trustee

Related Document(s):

a.  Certification of Counsel Regarding Application of Don A. Beskrone, Chapter 7 Trustee for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Employment and Retention of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee *Nunc Pro Tunc* to June 4, 2015 [Docket No. 67; filed July 20, 2015]

b.  Proposed Order

c.  **Order Authorizing The Employment And Retention Of Young Conaway Stargatt & Taylor, LLP As Special Counsel To The Trustee Nunc Pro Tunc To June 4, 2015 [Docket 72; filed July 21, 2015]**

**Status:** **An Order was entered on July 21, 2015. No hearing is necessary.**

7.      First Omnibus Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order Authorizing (I) the Rejection of Certain Unexpired Leases of Real Property, and (II) the Abandonment of Certain Personal Property, Pursuant to 11 U.S.C. §§ 105, 365, & 554 and Bankruptcy Rules 6006, 6007, & 9014, Effective June 30, 2015 [Docket No. 47, filed June 24, 2015]

Response Deadline:  July 16, 2015 at 4:00 p.m. (extended to July 20, 2015 for the U.S. Trustee)

Response(s) Received:  Informal Comments from the U.S. Trustee

Related Document(s):

a.  Certification of Counsel Regarding First Omnibus Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order Authorizing (I) the Rejection of Certain Unexpired Leases of Real Property, and (II) the Abandonment of Certain

Personal Property, Pursuant to 11 U.S.C. §§ 105, 365, & 554 and Bankruptcy Rules 6006, 6007, & 9014, Effective June 30, 2015 [Docket No. 68; filed July 20, 2015]

b.   Proposed Order

c.   **Order Granting First Omnibus Motion Of Don A. Beskrone, Chapter 7 Trustee, For An Order Authorizing (I) The Rejection Of Certain Unexpired Leases Of Real Property, And (I) The Abandonment Of Certain Personal Property [Docket No. 71; filed July 21, 2015]**

**Status: An Order was entered on July 21, 2015. No hearing is necessary.**

## UNCONTESTED MATTER GOING FORWARD

8.   Emergency Motion of Don A. Beskrone, Chapter 7 Trustee, for an Interim Order (I) Approving the Settlement with Capital One Business Credit Corp. Pursuant to Fed. R. Bankr. P. 9019, and (II) Authorizing the Further Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 363, and 507, Fed. R. Bankr. P. 4001, and Del. Bankr. L.R. 4001-2 [Docket No. 53; filed July 9, 2015]

Response Deadline:  July 20, 2015 at 4:00 p.m.

Response(s) Received:  None.

Related Document(s):

a.   Order Granting Motion of Don A. Beskrone, Chapter 7 Trustee, Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider the Emergency Motion of Don A. Beskrone, Chapter 7 Trustee, for an Interim Order (I) Approving the Settlement with Capital One Business Credit Corp. Pursuant to Fed. R. Bankr. P. 9019, and (II) Authorizing the Further Use of Cash Collateral Pursuant to 11 U.S.C. §§ 105, 363, and 507, Fed. R. Bankr. P. 4001, and Del. Bankr. L.R. 4001-2 [Docket No. 55; filed July 9, 2015]

b.   Interim Order (I) Approving Settlement Between Don A. Beskrone, Chapter 7 Trustee and Capital One Business Credit Corp., and (II) Authorizing Use of Cash Collateral [Docket No. 58; filed July 10, 2015]

Status: This matter is going forward.

*-Signature Page to Follow-*

Dated: July 23, 2015                    **ASHBY & GEDDES, P.A.**

                                        */s/ Amanda Winfree Herrmann*
                                        _____
                                        Ricardo Palacio (DE No. 3765)
                                        Amanda Winfree Herrmann (DE No. 4615)
                                        Aaron H. Stulman (DE No. 5807)
                                        500 Delaware Avenue
                                        P.O. Box 1150
                                        Wilmington, Delaware 19899
                                        Telephone: (302) 654-1888
                                        Facsimile: (302) 654-2067

                                        *Counsel to Don A. Beskrone,*
                                        *Chapter 7 Trustee of the Debtors*