IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| PENNYSAVER USA PUBLISHING, LLC, et al.,[1] | ) Case No. 15-11198 (CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

**AGENDA OF MATTERS SCHEDULED FOR HEARING
ON AUGUST 21, 2015 AT 11:00 A.M. (EASTERN TIME)[2]**

**CONTINUED MATTERS**

1. Motion of Nippon Paper Industries USA Co., Ltd., for Relief from the Automatic Stay to Allow Setoff [Docket No. 33; filed on June 13, 2015 in Case No. 15-11196 only]

    Response Deadline: July 13, 2015 at 4:00 p.m. (extended to August 14, 2015)

    Response(s) Received:

    Related Document(s):

    Status: By agreement among the Parties, this matter is continued to the next omnibus hearing scheduled September 28, 2015 at 2:00 p.m.

2. Motion of U.S. REIF 2830 Orbiter Street California, LLC to Compel Payment of Accrued Post Petition Rent, Pursuant to 11 U.S.C. § 365(d)(3), Or, in the Alternative, for an Order Deeming the Lease Rejected and Modifying the Automatic Stay to Allow Landlord to Pursue Its State Court Remedies [Docket No. 48; filed July 2, 2015]

    Response Deadline: July 16, 2015 at 4:00 p.m. (extended to July 20, 2015 for the Trustee)

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: PennySaver USA, LLC (7098); PennySaver USA Printing, LLC (6144); PennySaver USA Publishing, LLC (1162); Orbiter Properties, LLC (0851); Monthly Mailer, LLC (2804). The Debtors' mailing address is 2830 Orbiter Street, Brea, California 92821.

[2] The hearing will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Any party that wishes to appear telephonically at the August 21, 2015 hearing must contact CourtCall LLC at (866) 582-6878 by no later than August 20, 2015 at 12:00 p.m. (Noon) (Eastern Time) in accordance with the Bankruptcy Court's *Instructions for Telephonic Appearances Effective January 5, 2005*.

{01036533;v1 }

Response(s) Received:

Related Document(s):

Status: Movant has indicated to Trustee's counsel that they will be withdrawing the Motion. However, at the time of filing this Agenda, the notice of withdrawal has not been docketed. At a minimum, the hearing is continued.

3. Pretrial Conference for *Michael S. Stone, on behalf of himself and all others similarly situated v. PennySaver USA, LLC, et al.,* Adv. Proc. No. 15-50368

   Status: A *Certification of Counsel re: Stipulation and Proposed Order Staying Adversary Proceeding Without Prejudice* was filed on August 18, 2015. The Parties have stipulated that the Adversary Proceeding be stayed until November 13, 2015, that the Defendants shall file and serve their answer or response to the Complaint by December 1, 2015 and that the pretrial conference be scheduled on a date to be determined by the Court, to occur after December 8, 2015. Therefore, a hearing is necessary, only to the extent the Court has any questions or concerns.

## UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL

4. Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order (A) Authorizing the Trustee to Assume and Assign to PowerSites Media, LLC an Executory Contract and (B) Related Relief [Docket No. 87; filed August 3, 2015]

   Response Deadline: August 14, 2015 at 4:00 p.m.

   Response(s) Received: Informal comments from PowerSites Media LLC

   Related Document(s):

   a. Certification of Counsel Regarding Motion Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order (A) Authorizing the Trustee to Assume and Assign to PowerSites Media, LLC an Executory Contract and (B) Related Relief [Docket No. 93; filed August 19, 2015]

   b. Proposed Order

   Status: PowerSites Media, LLC's issues have been resolved. A Certification of Counsel with a revised proposed order was filed on August 19, 2015. A hearing is necessary only to the extent the Court has any questions or concerns.

*-Signature Page to Follow-*

Dated: August 19, 2015

**ASHBY & GEDDES, P.A.**

_____
Ricardo Palacio (DE No. 3765)
Amanda Winfree Herrmann (DE No. 4615)
Aaron H. Stulman (DE No. 5807)
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel to Don A. Beskrone,*
*Chapter 7 Trustee of the Debtors*