IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| PENNYSAVER USA PUBLISHING LLC, *et al.*,[1] | : | Case No. 15-11198 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| DON A. BESKRONE, Chapter 7 Trustee of PennySaver USA Publishing, LLC, *et al.*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Proc. No.: 17-50530 (CSS) |
| v. | : | |
| | : | |
| OPENGATE CAPITAL GROUP, LLC, OPENGATE CAPITAL MANAGEMENT, LLC, PENNYSAVER INVESTORS, LLC, ANDREW NIKOU, JAY YOOK, DANIEL ABRAMS, ALANA S. CHAFFIN, VIJAY K. MONY, and VIRGINIA ANNE THORNTON, | : | |
| | : | |
| Defendants. | : | |

## STATUS REPORT

Don A. Beskrone, Chapter 7 Trustee of Debtors PennySaver USA Publishing, LLC, *et al.* (the "Trustee"), by and through his undersigned counsel, files the attached status report regarding the above-captioned adversary proceeding.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Pennysaver USA, LLC (7098); Pennysaver USA Printing, LLC (6144); Pennysaver USA Publishing, LLC (1162); Orbiter Properties, LLC (0851); Monthly Mailer, LLC (2804). The Debtors' mailing address was 2830 Orbter Street, Brea, California 92821.

**GIBBONS P.C.**

DATED: March 9, 2021

By: */s/ Howard A. Cohen*
Howard A. Cohen (DE 4082)
300 Delaware Avenue
Suite 1015
Wilmington, Delaware 19801-1671
(302) 518-6300
hcohen@gibbonslaw.com

-and-

Robert K. Malone (admitted *pro hac vice*)
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4533
rmalone@gibbonslaw.com

*Special Litigation Counsel to*
*Don A. Beskrone, Chapter 7 Trustee*

**STATUS REPORT**

This adversary proceeding was initially filed on May 26, 2017 against OpenGate Capital Group, LLC, OpenGate Capital Management, LLC, PennySaver Investors, LLC, Andrew Nikou, and Jay Yook (the "OpenGate Defendants"), as well as Daniel Abrams, Alana S. Chaffin, Vijay K. Mony, and Virginia Anne Thornton (the "Employee Defendants" and, together with the OpenGate Defendants, "Defendants") [D.I. 1].

On July 11, 2018, the Court granted in part, and denied in part, the Employee Defendants' Motion to Dismiss [D.I. 34, 35]. On May 21, 2019, the Court granted the OpenGate Defendants' Motion to Dismiss [D.I. 43, 44].

On June 18, 2019, the Trustee filed a First Amended Complaint [D.I. 45], in response to which the OpenGate Defendants filed an Answer on July 30, 2019 [D.I. 48], and the Employee Defendants moved to dismiss Count Fourteen [D.I. 49]. The Trustee consented to the dismissal of Count Fourteen [D.I. 54], and the Employee Defendants filed an Answer to the First Amended Complaint on October 14, 2019 [D.I. 55].

The Parties exchanged initial disclosures on December 13, 2019 [D.I. 62, 63, 64], and on December 16, 2019, the Court entered a Scheduling Order setting out deadlines for pre-trial discovery [D.I. 66]. The Scheduling Order provided, however, that formal discovery would be held in abeyance to allow the Trustee and Defendants to attempt to mediate the matter.

On January 9, 2020, the Parties stipulated to the appointment of The Honorable Kevin J. Carey (Ret.) as mediator [D.I. 67], and, over the ensuing thirteen months, the Parties, with Judge Carey's assistance, attempted to reach a resolution to this adversary proceeding. Those efforts, however, were not successful, and because the deadlines in the December 16, 2019 Scheduling Order have all passed, it is necessary to set a new discovery schedule.

The Parties have met and conferred as to the new discovery schedule, and the Trustee is submitting concurrently with this status report a Scheduling Order, to which all Parties have consented.